**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Fax: 646-304-6604
Apatel@apatellaw.com

**By ECF**

In light of the particular circumstances of this case discussed on the record at the August 2, 2021 arraignment on the information, the request to appoint Mr. Koffsky as co-counsel in this matter is GRANTED.  That said, to the extent similar accommodations are necessary in other matters, the standard practice should be to turn to the assigned CJA counsel on duty.  Once again, the Court wishes Mr. Patel all the best as he works to deal with his medical condition.
Dated: August 2, 2021

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge

Hon. Judith C. McCarthy
United States Magistrate Judge
The United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   United States v. Shomaray Lane
      20 MJ 8735

Dear Judge McCarthy:

Thus letter is respectfully submitted to request that Bruce D. Koffsky, Esq., be appointed pursuant to the Criminal Justice Act to serve as co-counsel in this matter.   I make this request due to a medical condition that will make me unavailable for several months.   I would not want to delay this matter due to my unavailability.   Mr. Koffsky is a member of the White Plains CJA Panel and I have been advised that he has no conflicts which would prevent him from taking on this matter.

Respectfully submitted,

/s/Andrew Patel
Andrew G. Patel

cc:   Michael D. Maimin
      Assistant United States Attorney (by email)

      Bruce D. Koffsky, Esq. (by email)