UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SHOMARAY LANE,

                  Defendant.
------------------------------------------------------------X

**MEMORANDUM**

21 Cr. 485 (KMK)

TO:    KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

    Please find attached a transcript of the October 15, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 13, 2022
       White Plains, New York

                                          Respectfully submitted,

                                          */s/ Andrew Krause*
                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge

January 13, 2022

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge